UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

| IN RE: | CASE NO: 08-35203 |
|---|---|
| CAROL L HIGH | (Chapter 13) |
| Debtor | JUDGE GUY R. HUMPHREY |

### REPORT OF UNCLAIMED FUNDS

The Trustee reports that the following is an itemized list of the unclaimed funds which are being paid to the Clerk of the Bankruptcy Court.

Check Number: **3990200**

| Ct / Tee Claim # | Address | Amount |
|---|---|---|
| 7/ 3 | LNV CORPORATION<br>MGC MORTGAGE INC<br>15770 N DALLAS PKWY LB62<br>DALLAS, TX  75248 | 827.00 |

/s/ Jeffrey M. Kellner
Jeffrey M. Kellner  0022205
Chapter 13 Trustee
131 N LUDLOW ST   SUITE 900
DAYTON, OH  45402-1161
(937)222-7600   Fax (937)222-7383
email: chapter13@dayton13.com

Dated: 12/10/2009

Certificate of Service                               08-35203

I hereby certify that a copy of the attached was served by electronic service or was mailed by first class mail to each of the following on the date of the electronic filing.

OFFICE OF THE U S TRUSTEE
170 NORTH HIGH ST
SUITE 200
COLUMBUS, OH  43215

| | | |
|---|---|---|
| CAROL L HIGH<br>169 ILLINOIS STREET<br>DAYTON, OH  45410 | LESTER R THOMPSON<br>1340 WOODMAN DR<br>DAYTON, OH  45432 | (32.1n)<br>GE MONEY BANK<br>% RECOVERY MANAGEMENT SYSTEMS<br>25 SE 2ND AVE   SUITE 1120<br>MIAMI, FL  33131 |
| (30.1n)<br>JEFFERSON CAPITAL SYSTEMS LLC<br>BOX 7999<br>SAINT CLOUD, MN  56302 | (3.1)<br>LNV CORPORATION<br>MGC MORTGAGE INC<br>15770 N DALLAS PKWY LB62<br>DALLAS, TX  75248 | (3.3)<br>MICHAEL R PROCTOR<br>LERNER SAMPSON & ROTHFUSS<br>BOX 5480<br>CINCINNATI, OH  45202 |

(35.1n)
Recovery Management Systems
Corporation
25 SE 2nd Avenue, Suite 1120
Miami, FL  33131

    Jeffrey M. Kellner BY    \_\_\_/s/ Jeffrey M. Kellner_____    cs