UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

| IN RE: | CASE NO: 08-35203 |
|---|---|
| CAROL L HIGH | (Chapter 13) |
| Debtor | JUDGE GUY R. HUMPHREY |

### REPORT OF UNCLAIMED FUNDS

The Trustee reports that the following is an itemized list of the unclaimed funds which are being paid to the Clerk of the Bankruptcy Court.

Check Number: **3990999**

| Ct / Tee Claim # | Address | Amount |
|---|---|---|
| 7/ 3 | LNV CORPORATION<br>MGC MORTGAGE INC<br>15770 N DALLAS PKWY LB62<br>DALLAS, TX  75248 | 397.01 |

/s/ Jeffrey M. Kellner
Jeffrey M. Kellner  0022205
Chapter 13 Trustee
131 N LUDLOW ST   SUITE 900
DAYTON, OH  45402-1161
(937)222-7600   Fax (937)222-7383
email: chapter13@dayton13.com

Dated: 12/31/2009

Certificate of Service                08-35203

I hereby certify that a copy of the attached was served by electronic service or was mailed by first class mail to each of the following on the date of the electronic filing.

OFFICE OF THE U S TRUSTEE
170 NORTH HIGH ST
SUITE 200
COLUMBUS, OH  43215

CAROL L HIGH
169 ILLINOIS STREET
DAYTON, OH  45410

LESTER R THOMPSON
1340 WOODMAN DR
DAYTON, OH  45432

(32.1n)
GE MONEY BANK
% RECOVERY MANAGEMENT SYSTEMS
25 SE 2ND AVE   SUITE 1120
MIAMI, FL  33131

(30.1n)
JEFFERSON CAPITAL SYSTEMS LLC
BOX 7999
SAINT CLOUD, MN  56302

(3.1)
LNV CORPORATION
MGC MORTGAGE INC
15770 N DALLAS PKWY LB62
DALLAS, TX  75248

(3.3)
MICHAEL R PROCTOR
LERNER SAMPSON & ROTHFUSS
BOX 5480
CINCINNATI, OH  45202

(35.1n)
Recovery Management Systems Corporation
25 SE 2nd Avenue, Suite 1120
Miami, FL  33131

Jeffrey M. Kellner BY      /s/ Jeffrey M. Kellner                               cs